UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Connie LOPEZ,<br><br>    Defendant. | Magistrate Case No. 25mj3117-DEB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii)-<br>Bringing in Aliens for Financial<br>Gain (Felony) and Title 18, U.S.C.,<br>Sec. 2-Aiding and Abetting. |

The undersigned complainant, being duly sworn states:

On or about June 4, 2025, within the Southern District of California, Defendant Connie LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elvia GONZALEZ-Castro, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th of June 2025.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Elvia GONZALEZ-Castro is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a Material Witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On June 4, 2025, at approximately 11:30 P.M., Connie LOPEZ (Defendant), a United States citizen, applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry vehicle primary lanes as the driver and sole visible occupant of a 2012 Kia Soul bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States passport and said she was going to Los Angeles, California with nothing to declare from Mexico. The CBP Officer noticed Defendant was avoiding eye contact and elected to conduct and inspection of the vehicle. The officer opened the trunk and lifted the wheel well cover revealing an individual concealed inside. The officer radioed for assistance and responding CBP Officer placed Defendant in handcuff restraints to be escorted to the security office. The vehicle was driven to the secondary inspection lot by another officer.

In secondary, officers assisted in removing one female adult from the wheel well compartment of the vehicle, who was later identified as Elvia GONZALEZ-Castro and determined to be a of citizen of Mexico without legal documents to enter, pass through, or remain in the United States; GONZALEZ-Castro was held as a Material Witness.

During a search of the vehicle, a DMV document was discovered showing the 2012 Kia Soul was sold to Elvia GONZALEZ-Castro on June 3, 2025, with an address in Los Angeles, California.

On June 5, 2025, at approximately 2:51 A.M., during a video-recorded interview, Defendant was advised of her Miranda rights and elected to make a statement. Defendant denied knowledge of the smuggling act. Defendant stated she traveled from Los Angeles to Tijuana to take a friend, who was already in Tijuana, to the Tijuana airport. Defendant stated the vehicle belonged to her and that she purchased it in Los Angeles a few days ago at an auction for $2,800.00 USD. Defendant stated the vehicle was not in her name and said the vehicle was

1

registered to Elvia. When officers asked Defendant who Elvia was, Defendant became upset and declined to answer. Defendant terminated the interview at approximately 3:09 A.M.

During a video-recorded interview the Material Witness admitted to being a citizen of Mexico without lawful documents to enter the United States. The Material Witness stated she met the Defendant at a hotel in Tijuana and asked the Defendant to take her to Los Angeles, California. The Material Witness stated she offered the Defendant $8,000.00 USD to smuggle her into the United States. The Material Witness stated she was traveling back to her home in Los Angeles, California.